**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| DREW KELLER, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| vs. | : | |
| | : | NO. 1:16-cv-3202 |
| MIDWEST FIDELITY SERVICES, LLC, | : | |
|     Defendant. | : | |

**NOTICE OF DISMISSAL**

Plaintiff DREW KELLER, by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notifies the Court that the parties entered into a settlement agreement, and Plaintiff dismisses this civil action with prejudice.

                                                Respectfully submitted,

Dated: Lafayette, Indiana         s/ *Duran L. Keller*
        February 14, 2017         Duran L. Keller, Esq. (#31743-79)
                                            **KELLER LAW**
                                            P.O. Box 1248
                                            Lafayette, Indiana 47902
                                            Telephone: (765) 444-9202
                                            Facsimile:  (765) 807-3388
                                            Email: duran@kellerlawllp.com
                                            *Attorney for Plaintiff Drew Keller*

## CERTIFICATE OF SERVICE

    I certify that a true copy of the foregoing paper was served upon all parties that have appeared via CM/ECF and by email to Michael Poncin, Esq. at mike.poncin@lawmoss.com.

                      Respectfully submitted,

Dated: Lafayette, Indiana              s/ *Duran L. Keller*
       February 14, 2017            Duran L. Keller, Esq. (#31743-79)